# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
4/20/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____LM_____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
April 21, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____KC_____ DEPUTY

UNITED STATES OF AMERICA,

v.

LUIS MIGUEL BECERRA-PENA,
 aka "Luis Miguel Becerra," and
 aka "Luis Becerra,"

Defendant.

Case No.    5:21-mj-00294

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of January 12, 2021 in the county of Riverside in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), and (b)(2) | Illegal Re-entry of a Deported or Removed Alien |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/S/
Complainant's signature

ICE Deportation Officer Carlos Martinez
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    April 21, 2021

[Judge's signature]
Judge's signature

City and state:    Riverside, California

Hon. Sheri Pym, U.S. Magistrate Judge
Printed name and title

AUSA: John A. Balla (951-276-6246) /s/

**AFFIDAVIT**

I, Carlos Martinez Jr., being duly sworn, declare and state as follows:

## I.   INTRODUCTION

1. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), and I have been so employed since September 2006. I am currently assigned to the San Bernardino Office of Enforcement and Removal Operations. I have experience reviewing immigration files, removal proceedings and executed final orders of removal.

## II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint charging Luis Miguel BECERRA-PENA, also known as ("aka") "Luis Miguel Becerra," aka "Luis Becerra" ("BECERRA-PENA"), with a violation of Title 8, United States Code, Sections 1326(a) and (b)(2) (Illegal Re-entry of a Deported or Removed Alien).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to merely show that there is sufficient probable cause for the requested criminal complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about February 4, 2021, as part of my routine database checks, I learned that, on or about January 12, 2021, local law enforcement in Riverside County arrested BECERRA-PENA for the offense of Driving Under the Influence of Alcohol Causing Bodily Injury, in violation of California Vehicle Code Section 23153(b). Subsequently, I conducted law enforcement database checks and learned that BECERRA-PENA was cited and released the same day. Based on this information, I undertook the present investigation of BECERRA-PENA.

5. Based on my training and experience, I know that the United States Department of Homeland Security ("DHS") maintains Alien Registration Files ("A-files") which contain immigration records for aliens admitted to or found within the United States. Based on my review of many such A-files, I know that they contain photographs, fingerprints, court records, and records of deportations or removals relating to the alien for whom DHS maintains the A-File.

6. On or about March 21, 2021, I obtained and reviewed the DHS A-file A044 762 755, which is maintained for the subject alien "LUIS MIGUEL BECERRA-PENA." The A-File contained the following documents and information:

    a. Photographs of the subject alien to whom DHS A-File A044 762 755 corresponds. I compared those photographs to photographs taken of BECERRA-PENA at the time of his booking into the Riverside County Jail on or about January 12, 2021. I

determined that the photographs in DHS A-file A044 762 755 depict BECERRA-PENA.

      b.    A Removal Order showing that BECERRA-PENA was ordered removed from the United States to Mexico on April 13, 2011.

      c.    An executed I-205 Warrant of Removal/Deportation indicating that BECERRA-PENA was officially removed and deported from the United States on May 14, 2011. I know from my training and experience that an I-205 Warrant of Removal/Deportation is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. The executed I-205 Warrant of Removal/Deportation in BECERRA-PENA's DHS A-file contain his photograph, signature, and fingerprint.

      d.    A certified copy of conviction record, from the Superior Court of the State of Georgia, County of Gwinnett, case number 08-B-3319-9, showing that BECERRA-PENA was convicted on or about July 6, 2009, of Sale of Cocaine, in violation of O.C.G.A. Section 16-13-30(b), for which BECERRA-PENA was sentenced to four years in prison.

      e.    A certified copy of conviction record, from the Superior Court of the State of Georgia, County of Gwinnett, case number 08-B-3319-9, showing that BECERRA-PENA was convicted on or about July 6, 2009, of Sale of Marijuana, in violation of O.C.G.A. Section 16-13-30(j), for which BECERRA-PENA was sentenced to four years in prison.

       f.    Various documents, in addition to the Warrant of Removal/Deportation, indicating that BECERRA-PENA is a native and citizen of Mexico. These documents include: (i) a Final Order of Deportation, dated April 13, 2011, ordering BECERRA-PENA deported to Mexico; (ii) Record of Sworn Statement for Reinstatement dated March 1, 2011 in which BECERRA-PENA admitted that he is a citizen and native of Mexico; and (iii) a copy of BECERRA-PENA's birth certificate from Mexico.

       7.    On or about March 21, 2021, I reviewed the printouts of the Criminal Identification Index ("CII"). Based on my training and experience, I know that the CII databases track and record arrests and convictions of individuals according to an individual's CII number. The CII printouts confirmed that BECERRA-PENA had been convicted of the crimes reflected on the documents contained in the DHS A-file described above.

       8.    On or about March 21, 2021, I reviewed the printouts of ICE computer indices on BECERRA-PENA. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported from the United States by ICE, was deported by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that BECERRA-PENA had been deported on the date indicated on the Warrant of Removal/Deportation found in the DHS A-File. The ICE computer indices further indicated that BECERRA-PENA had not applied for or obtained permission from the Attorney General or his designated successor, the Secretary of

Homeland Security, to re-enter the United States legally since BECERRA-PENA had last been deported.

9.   Based on my review of BECERRA-PENA's DHS A-file, I have determined that his A-file does not contain any record of him ever applying for, or receiving permission from, the Attorney General or his designated successor, the Secretary of Homeland Security, to legally re-enter the United States.  Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in the DHS A-file.

## IV. CONCLUSION

10.  Based on the foregoing, I submit that there is probable cause to believe that BECERRA-PENA has violated Title 8, United States Code, Sections 1326(a) and (b)(2) (Illegal Re-entry of a Deported or Removed Alien).

Attested to by the applicant,
ICE DO Carlos Martinez Jr., in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this __21th__ day of
__April__, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
HON. SHERI PYM